UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAFIYYAH SHAH, individually, and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　Defendant. | Civil Action No. 2:23-cv-21286<br><br>Motion day: December 15, 2025 |

## PLAINTIFF'S UNOPPOSED RENEWED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff Safiyyah Shah ("Plaintiff"), without opposition from Defendant Costco Wholesale Corporation ("Defendant" or "Costco") hereby moves for preliminary approval of the Parties' proposed *Stipulated Collective Action Settlement Agreement*, filed contemporaneously herewith. For the reasons set forth in Plaintiff's supporting memorandum of law and declaration of counsel, Plaintiff respectfully requests that the Court (1) grant preliminary approval of the Settlement, (2) approve the notice and claims process, and (3) set a deadline after the notice and claims process for Plaintiff to move for final approval of the Settlement, including the proposed attorneys' fees, costs, and the service award.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 21, 2025

　　　　　　　　　　　　　　　　By:　*/s/ Nicholas Conlon*
　　　　　　　　　　　　　　　　　　Nicholas Conlon
　　　　　　　　　　　　　　　　　　Jason T. Brown
　　　　　　　　　　　　　　　　　　BROWN, LLC
　　　　　　　　　　　　　　　　　　111 Town Square Place, Suite 400
　　　　　　　　　　　　　　　　　　Jersey City, New Jersey 07310
　　　　　　　　　　　　　　　　　　T: (877) 561-0000
　　　　　　　　　　　　　　　　　　F: (855) 582-5297

1

jtb@jtblawgroup.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2025, I served a true and correct copy of the foregoing document by filing it on the Court's ECF system.

By:   */s/ Nicholas Conlon*
Nicholas Conlon