UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAFIYYAH SHAH, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Civil Action No. 2:23-cv-21286-JKS-SDA |

### PLAINTIFF'S NOTICE OF FILING REVISED PROPOSED NOTICE

Plaintiff Safiyyah Shah ("Plaintiff"), pursuant to the Court's May 29, 2026 Preliminary Approval Order, hereby submits the revised proposed Notice of Proposed Collective Action Settlement, filed contemporaneously herewith as Exhibit B to Plaintiff's revised Notice and Claim Form exhibits. Plaintiff has revised the proposed Notice pursuant to the Court's Order to include additional detail regarding: (1) the nature of the unpaid-wage claims asserted in this action, including alleged pre- and post-shift work; (2) the manner in which each collective member's individual settlement share will be calculated, including the weighting applicable to work performed at the Newark MDO as compared to other New Jersey MDOs; (3) the maximum attorneys' fees, litigation expenses, and service award that Plaintiff intends to seek at final approval, and that such amounts will be deducted from the settlement fund; and (4) the deadline applicable to any collective member whose Notice is returned as undeliverable and re-mailed after an updated address is located.

Respectfully submitted,

Dated: June 10, 2026

By: */s/ Nicholas Conlon*
Nicholas Conlon

1

Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
T: (877) 561-0000
F: (855) 582-5297
jtb@jtblawgroup.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 10, 2026, I served a true and correct copy of the foregoing document by filing it on the Court's ECF system.

By:    */s/ Nicholas Conlon*
Nicholas Conlon

2